IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KAMECHEAL MCKEEVER, | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. |
| | § | |
| EDUCATIONAL COMMISSION FOR | § | 10-CV-2507 |
| FOREIGN MEDICAL GRADUATES, | § | |
| ARTIS ELLIS, AND BRENT BIGGS, | § | |
| | § | |
| Defendants. | § | |

## RULE 7.1 DISCLOSURE STATEMENT

Educational Commission for Foreign Medical Graduates is a private, non-profit organization and has no parent entity. Its organizational members are the American Board of Medical Specialties; American Medical Association; Association of American Medical Colleges; Association for Hospital Medical Education; Federation of State Medical Boards of the United States, Inc.; and National Medical Association.

Respectfully submitted,

*/s/ A. John Harper II*
A. John Harper II
State Bar No. 0903100
Federal ID No. 5158
A. John Harper III
State Bar No. 24032392
Federal ID No. 577124
Morgan, Lewis & Bockius LLP
1000 Louisiana, Suite 4000
Houston, Texas 77002
(713) 890-5000 Telephone
(713) 890-5001 Facsimile

ATTORNEYS FOR DEFENDANT
EDUCATIONAL COMMISSION FOR FOREIGN
MEDICAL GRADUATES

## CERTIFICATE OF SERVICE

The undersigned certifies that on this the 10th day of December, 2010, a true and correct copy of the foregoing was forwarded via certified mail, return receipt requested to:

> KaMeCheal McKeever
> 8614 Saint Lo
> Houston, Texas 77033

> _/s/ A. John Harper II_
> A. John Harper II

DB1/66153479.1

2