Morgan, Lewis & Bockius LLP
1000 Louisiana Street
Suite 4200
Houston, TX 77002
Tel:  713.890.5000
Fax: 713.890.5001
www.morganlewis.com

# Morgan Lewis
COUNSELORS AT LAW

**A. John Harper II**
713.890.5199
aharper@morganlewis.com

December 15, 2010

**E-FILE**

Honorable Vanessa D. Gilmore
U.S. District Courthouse
515 Rusk
Houston, Texas 77002
Attn:  Ms. Estella Mares

Re:     Civil Action No. 10-cv-2507 in the United States District Court for the Southern District
        of Texas, Houston Division; *KaMeCheal McKeever v. Educational Commission for
        Foreign Medical Graduates, Artis Ellis, and Brent Biggs*

Dear Judge Gilmore:

This letter is to request a resetting of the scheduling conference now set for December 16, 2010.

Plaintiff in this action is pro se.  She advised me when I contacted her concerning the Joint Case
Management Plan, that she was scheduled to meet with an attorney.   E-mail confirmation
followed.

As of today, no contact with Plaintiff or an attorney has occurred.  Based upon my discussion
with Ms. Mares, she also has been contacted by Plaintiff and told Plaintiff is seeking an attorney
and desired to continue the conference.

Given the above circumstances and the lack of a proposed Joint Case Management Plan for the
Court to consider, we request that the Court reschedule the pending conference to January 21,
2011, which should allow sufficient time for Plaintiff to secure counsel, a meeting of the parties
and timely submission of a Joint Case Management Plan.

Respectfully,

*/s/ A. John Harper II*

A. John Harper II

Houston   Philadelphia   Washington   New York   Los Angeles   San Francisco   Miami   Pittsburgh   Princeton   Chicago
Minneapolis   Palo Alto   Dallas   Harrisburg   Irvine   Boston   Wilmington   London   Paris   Brussels   Frankfurt   Beijing   Tokyo



Honorable Vanessa D. Gilmore
December 15, 2010
Page 2


cc:    Ms. KaMeCheal McKeever - via e-mail
       kamemckeever@yahoo.com


DB1/66197491.1