IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

CASE NO __10CV2507__

JURY TRIAL DEMANDED

KAMECHEAL MCKEEVER, PLAINTIFF

Vs.

EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES,

ARTIS ELLIS,

and BRENT BIGGS, DEFENDANTS

To:             The Honorable Judge Vanessa D. Gilmore

                and/or Esthela Mares, Case Manager

Address:        United States Courthouse, 515 Rusk Ave., Room 9513, Houston, TX 77002

Alternate address: United States District Clerk, Post Office Box 61010, Houston, TX 77208

### Request for Additional Time

Plaintiff and Defendant are in agreement and ask the court to extend the time for the Order for Conference and Disclosure of Interested Parties, as allowed by Texas Rule of Civil Procedure 5. See ATTACHMENT "A" of e-mail correspondences between Plaintiff and Defendant.

Plaintiff sued defendant for wrongful termination, racial discrimination in wrongful discharge, sexual discrimination in wrongful discharge, retaliatory discrimination in wrongful discharge, wrongful termination under Texas Law, retaliatory discharge under Texas Law, breach of employment contract under Texas Law, intentional infliction of emotional distress under Texas Law, and invasion of privacy under Federal and Texas Law.

Defendants were served on November 17, 2010 and November 19, 2010. See ATTACHMENT "B" copies of certified return receipt.

Counsel was retained for the Defendant on Wednesday, December 8, 2010. Both parties were scheduled to confer on Monday, December 13, 2010 at 3 pm. The Order for Conference and Disclosure of Interested Parties is Friday, December 17, 2010. Defendant needs time to effectively review the case prior to conferring on the Joint Discovery/Case Management Plan under rule 26(f) Federal Rules of Civil Procedures.

Plaintiff has been seeking counsel for representation. Plaintiff needs additional time to secure counsel. Defendant and Plaintiff request additional time. An additional three weeks should be sufficient to secure counsel, confer, and attend the Order for Conference and Disclosure of Interested Parties.

PLAINTIFF

_[signature]_

KaMeCheal McKeever, Plaintiff Pro Se

Mailing Address: 8614 Saint Lo, Houston, TX 77033

RE: Case 10CV2507: Follow-up to our Phone Conversation Today - Inbox - Yahoo! Mail    Page 1 of 2

Case 4:10-cv-02507   Document 7   Filed on 12/14/10 in TXSD   Page 4 of 7

Previous message | Go to Next message | Back to Messages

Mark as Unread | Print

Delete

Reply | Reply All | Forward

Spam

Move... ▾ Go

*ATTACHMENT "A"*

Flag this message

# RE: Case 10CV2507: Follow-up to our Phone Conversation Today

Friday, December 10, 2010 10:34 PM
From:
"Harper II, A. John" <aharper@morganlewis.com>
Add sender to Contacts
To:
"K M" <kamemckeever@yahoo.com>

Thank you. The e-mail is correct, except I was retained prior to yesterday but did not receive information from my clients until earlier this week. I have no objection to rescheduling the pending conference.


**A. John Harper II**
**Morgan, Lewis & Bockius** LLP
1000 Louisiana Street, Suite 4000, Houston, TX 77002
Direct: 713.890.5199 | Main: 713.890.5000 | Fax: 713.890.5001
www.morganlewis.com

RE: Case 10CV2507; Follow-up to our Phone Conversation Today - Inbox - Yahoo! Mail    Page 2 of 2

Case 4:10-cv-02507   Document 7   Filed on 12/14/10 in TXSD   Page 5 of 7

As a follow-up to our earlier conversation today, I want to ensure you understood the scope of the rescheduling request for the Joint Discovery Case Management Plan from Monday, December 13, 2010 to a later date next week. I have been in the process of securing counsel. Next week, you should be able to proceed forth with conversations directly with the attorney. I will be able to provide further contact details on the attorney next week.

As a result, I am writing a letter to Judge Vanessa Gilmore, at the United States District Court Southern District of Texas Houston Division, requesting that the Order Conference for Friday, December 17, 2010 be rescheduled for a later date. Rescheduling will provide an opportunity for me to gain counsel, for you to review the case effectively, since as you stated you were just retained Thursday, December 9th, 2010, and provide a response or answer.

I am contacting you again by phone to ensure you respond to this message today.

I will make the courts aware that this has been agreed upon by both parties. If you have any questions or concerns, please do not hesitate to contact me in writing via e-mail.

KaMeCheal McKeever

DISCLAIMER
This e-mail message is intended only for the personal use
of the recipient(s) named above. This message may be an
attorney-client communication and as such privileged and
confidential and/or it may include attorney work product.
If you are not an intended recipient, you may not review,
copy or distribute this message. If you have received this
communication in error, please notify us immediately by
e-mail and delete the original message.

ATTACHMENT "B"

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

EDUCATIONAL COMMISSION
FOR FOREIGN MEDICAL
GRADUATES
3624 MARKET STREET
PHILADELPHIA, PA 19104-2685

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature
X _____ ☐ Agent ☐ Addressee
B. Received by (Printed Name)  C. Date of Delivery
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)
7003 2260 0002 4582 9855

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-15

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

EDUCATIONAL COMMISSION
FOR FOREIGN MEDICAL
GRADUATES
400 N. SAM HOUSTON PKWY,
STE 700
HOUSTON, TX 77060

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature _Kelvin Wilson_
X _____ ☐ Agent ☐ Addressee
B. Received by (Printed Name)  C. Date of Delivery 11-17
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)
7003 2260 0002 4582 9411

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

BRENT BIGGS
12503 HONOR PARK DRIVE
HOUSTON, TX 77065

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature
X _____ ☐ Agent ☐ Addressee
B. Received by (Printed Name) S. BIGGS  C. Date of Delivery 11-17-10
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)
7003 1680 0004 3125 7915

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

KAME'CHEAL McKEEVER
8614 SAINT Lo
HOUSTON, TX 77033

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

KAME'CHEAL McKEEVER
8614 SAINT Lo
HOUSTON, TX 77033

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

KAME'CHEAL McKEEVER
8614 SAINT Lo
HOUSTON, TX 77033