United States District Court
Southern District of Texas
FILED

DEC 1 4 2010

David J. Bradley, Clerk of Court

# EXHIBIT A

**Robert Fling**

| | |
|---|---|
| **From:** | Robert Fling [robert@flinglaw.com] |
| **Sent:** | Thursday, December 09, 2010 8:49 AM |
| **To:** | 'cmA679@txs.uscourts.gov' |
| **Subject:** | Case No. 09-38857 |
| **Attachments:** | Order Show Cause.pdf |

Case Manager of the United States Bankruptcy Court – Judge Jeff Bohm,

I have received the attached Order to Show Cause. I would like to inform the court that my failure to appear at the November 4, 2010pretrial conference was not intentional. The electronic notices forwarded to the court were sent to a personal email address (rfling2@yahoo.com) rather than my law office email address below. I do not know why the notices were sent to the personal address, the personal address was used a few years ago while I was between firms. I thought the address was changed a couple of years ago. It may be that the address was changed in my Federal Court account but not my Bankruptcy Court account. I do not often practice in front of the Bankruptcy or Federal Court, I occasionally represent a construction creditor in Bankruptcy Court.

Regardless, I did not receive the electronic notices because they went into an email account that receives mostly junk mail. I did not receive notice of the hearing until I received letters from the debtor's attorney. I apologize to the court for the inconvenience caused by my failure to appear. I would like to appear at the show cause hearing and explain my absence to the court. I am concerned that the debtors counsel will seek additional attorney fees for his appearance at the hearing. I have tried to contact Mr. Fuqua by telephone but he has not returned my call.

I would like to pay the $500.00 award of attorney fees into the registry of the court until the court hears my explanation of my absence. Could you provide me with instructions related to submitting the fee to the court.

**S. Robert Fling**
Attorney at Law
5518 Fifth Street, Suite C
Katy, Texas 77493

P.O. Box 411
Katy, Texas 77492

Telephone: 281-391-2003
Facsimile: 281-727-0082
Robert@FlingLaw.com

Circular 230 Disclosure: In compliance with requirements imposed by the IRS Pursuant to IRS Circular 230, we inform you that any U.S. tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

CONFIDENTIALITY NOTICE: Unless otherwise indicated or obvious from the nature of the transmittal, the information contained in this e-mail message is attorney privileged and confidential information intended for the use of the individual named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this e-

mail in error, please immediately notify me at (281) 391-2003 and permanently delete the original and any copy of any e-mail and any printout thereof.