**Full docket text:**
Courtroom Minutes. Time Hearing Held: 9:00 A.M. Appearances: R.L. Fuqua II for Defendant. (Related document(s): [1] Complaint). Pretrial Conference held. Plaintiff failed to appear and comply with the Court's Comprehensive Scheduling, Pretrial, and Trial Order of 3/2/2010. By 11/8/2010, Mr. Fuqua II to file a proposed order dismissing with prejudice this adversary proceeding and a proposed order awarding attorney's fees for $500.00 to Defendants to be paid by Plaintiff on or before 11/30/2010. Mr. Fuqua II to file a certificate of compliance by 12/7/2010. (vatt)

## PACER Service Center
### Transaction Receipt

United States District Court
Southern District of Texas
FILED

DEC 1 4 2010

David J. Bradley, Clerk of Court

12/14/2010 14:47:17

| | | | |
|---|---|---|---|
| **PACER Login:** | rf1800 | **Client Code:** | |
| **Description:** | History/Documents | **Search Criteria:** | 10-03101 Type: History |
| **Billable Pages:** | 1 | **Cost:** | 0.08 |