IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KAMECHEAL D. MCKEEVER | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-10-2507 |
| | § | |
| EDUCATIONAL COMMISSION FOR | § | |
| FOREIGN MEDICAL GRADUATES | § | |
| Defendant. | § | |

## ORDER

IT IS HEREBY ORDERED that the Unopposed Motion for Extension of Time (**Instrument No. 7**) is GRANTED. The Scheduling Conference is reset to January 21, 2011 at 1:30 p.m.

The Clerk shall enter this Order and provide a copy to all parties.

**SIGNED** on this the 16th day of December, 2010, at Houston, Texas.

VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE