IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KAMECHEAL MCKEEVER, | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. |
| | § | |
| EDUCATIONAL COMMISSION FOR | § | 10-CV-2507 |
| FOREIGN MEDICAL GRADUATES, | § | |
| ARTIS ELLIS, AND BRENT BIGGS, | § | |
| | § | |
| Defendants. | § | |

## DEFENDANTS' EXPERT DESIGNATION

In accordance with this Court's Scheduling Order, Defendants Educational Commission for Foreign Medical Graduates, Artis Ellis and Brent Biggs ("Defendant"), file their Expert Designation and would respectfully show the Court as follows:

    A. John Harper II
    Morgan, Lewis & Bockius LLP
    1000 Louisiana Street, Suite 4000
    Houston, Texas 77002

Mr. Harper is expected to testify regarding the reasonableness, necessity and amount of attorney fees, and expenses in the underlying lawsuit. Mr. Harper's opinions are based on years of practice as an attorney, his education, skill, research and experience. Mr. Harper's Resume is attached hereto as Exhibit A.

Respectfully submitted,

/s/ A. John Harper II
A. John Harper II
State Bar No. 0903100
Federal ID No. 5158
A. John Harper III
State Bar No. 24032392
Federal ID No. 577124
Erin E. O'Driscoll

State Bar No. 24041610
Federal ID No. 582983
Morgan, Lewis & Bockius LLP
1000 Louisiana, Suite 4000
Houston, Texas 77002
(713) 890-5000 - Telephone
(713) 890-5001 - Facsimile

ATTORNEYS FOR DEFENDANTS
EDUCATIONAL COMMISSION FOR FOREIGN
MEDICAL GRADUATES, ARTIS ELLIS, AND
BRENT BIGGS

## CERTIFICATE OF SERVICE

I certify that on this the 1st day of June, 2011, a true and correct copy of the foregoing was served upon the following parties via certified mail return receipt requested:

KaMeCheal McKeever
8614 Saint Lo
Houston, Texas 77033

/s/ Erin E. O'Driscoll
Erin E. O'Driscoll

DB1/67405591.1

2