IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KAMECHEAL MCKEEVER, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. |
| EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES, ARTIS ELLIS, AND BRENT BIGGS, | § § § § § | 10-CV-2507 |
| Defendants. | § | |

## JOINT STATUS REPORT

KaMecheal McKeever, Plaintiff, and Educational Commission for Foreign Medical Graduates, Artis Ellis, and Brent Biggs, Defendants, file this Joint Status Report in compliance with the Court's order. (Dkt # 10). The parties report to the Court that the possibility of settlement is not likely at this time.

The parties believe that this matter may be suitable for mediation after depositions have been taken and additional discovery is completed.

Date: June 15, 2011

Respectfully submitted,

/s/ A. John Harper II
A. John Harper II
State Bar No. 0903100
Federal ID No. 5158
A. John Harper III
State Bar No. 24032392
Federal ID No. 577124
Erin E. O'Driscoll
State Bar No. 24041610
Federal ID No. 582983
Morgan, Lewis & Bockius LLP
1000 Louisiana, Suite 4000

Houston, Texas 77002
(713) 890-5000 - Telephone
(713) 890-5001 - Facsimile

ATTORNEYS FOR DEFENDANTS
EDUCATIONAL COMMISSION FOR FOREIGN
MEDICAL GRADUATES, ARTIS ELLIS, BRENT
BIGGS

/s/ *KaMeCheal McKeever*
KaMeCheal McKeever
8614 Saint Lo
Houston, Texas 77033

*PRO SE* PLAINTIFF

## CERTIFICATE OF SERVICE

The undersigned certifies that on this the 15th day of June, 2011, a true and correct copy of the foregoing was forwarded via CM/ECF to:

KaMeCheal McKeever
8614 Saint Lo
Houston, Texas 77033

/s/ *Erin E. O'Driscoll*
Erin E. O'Driscoll

DB1/ 67501592.1

2