## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF DIVISION
## HOUSTON DIVISION

| | | |
|---|---|---|
| **KAMECHAEL D. MCKEEVER,** | § | |
| **Plaintiff,** | § | |
| | § | |
| | § | |
| **vs.** | § | **CIVIL ACTION NO. H-10-2507** |
| | § | |
| | § | |
| **EDUCATION COMMISSION FOR** | § | |
| **FOREIGN MEDICAL GRADUATES,** | § | |
| **et al.** | § | |
| **Defendant.** | § | |

## <u>UNOPPOSED MOTION TO SUBSTITUTE LEAD COUNSEL</u>

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Defendant EDUCATION COMMISSION FOR FOREIGN MEDICAL GRADUATES, Brent Biggs and Artis Ellis file this Unopposed Motion to Substitute Steven D. Selbe and Heidi J. Gumienny, of Gordon & Rees LLP, as Attorney-in-Charge and lead counsel, in place of A. John Harper, II, A. John Harper, III and Erin O'Driscoll of Morgan, Lewis & Bockius LLP.

This proposed substitution of counsel will not unfairly delay the progress of this case and will not be urged as a ground for continuing any case deadlines.

Mr. Selbe and Ms. Gumienny are licensed to practice law in the State of Texas and admitted to practice in the Southern District of Texas.  Their contact information is as follows:

> Steven D. Selbe
> State Bar No. 18004600
> Fed. I.D. No. 18003
> Heidi J. Gumienny
> State Bar No.  24036696
> Fed. I.D. No.  36890
> **GORDON & REES LLP**
> 1900 West Loop South, Suite 1000
> Houston,  Texas 77027

Direct:  (713) 490-4873
Telephone: (713) 961-3366
Facsimile: (713) 961-3938
Email: sselbe@gordonrees.com
Email: hgumienny@gordonrees.com

Current attorneys of record, A. John Harper, II, A. John Harper, III and Erin O'Driscoll

of Morgan, Lewis  & Bockius LLP, agree to this substitution.

Dated: June 27, 2011                                    Respectfully submitted,

Current Attorneys of Record:                           Substituting Attorneys:

| | |
|---|---|
| */s/ A. John Harper, II by /s/ Heidi Gumienny* | */s/ Steven D. Selbe* |
| A. John Harper, II | Steven D. Selbe |
| State Bar No: 0903100 | State Bar No. 18004600 |
| SD Federal ID No. 5158 | Fed. I.D. No. 18003 |
| A. John Harper, III | Heidi J. Gumienny |
| State Bar No: 24032392 | State Bar No.  24036696 |
| SD Federal ID No. 577124 | Fed. I.D. No. 36890 |
| Erin E. O'Driscoll | **Gordon & Rees LLP** |
| Morgan, Lewis  & Bockius LLP | 1900 West Loop South, Suite 1000 |
| 1000 Louisiana, Suite 4000 | Houston,  Texas 77027 |
| Houston, Texas 77002 | Telephone: (713) 961-3366 |
| Telephone: (713) 890-5000 | Facsimile: (713) 961-3938 |
| Facsimile: (713) 890-5001 | Email: sselbe@gordonrees.com |
| E-mail: aharper@morganlewis.com | Email: hgumienny@gordonrees.com |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served upon the Plaintiff via electronic service pursuant to the applicable local rules on June 27 2011.

A. John Harper II
A. John Harper III
Morgan, Lewis  & Bockius LLP
1000 Louisiana, Suite 4000
Houston, TX  77002

Kamechael D. McKeever, *pro se*
8614 Saint Lo
Houston, TX 77033

/s/ Steven D. Selbe
STEVEN D. SELBE

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF DIVISION
HOUSTON DIVISION**

| | | |
|---|---|---|
| **KAMECHAEL D. MCKEEVER,** | § | |
| **Plaintiff,** | § | |
| | § | |
| | § | |
| **vs.** | § | **CIVIL ACTION NO. H-10-2507** |
| | § | |
| | § | |
| **EDUCATION COMMISSION FOR** | § | |
| **FOREIGN MEDICAL GRADUATES,** | § | |
| **et al.** | § | |
| **Defendant.** | § | |

**ORDER GRANTING UNOPPOSED MOTION TO SUBSTITUTE LEAD COUNSEL**

On this _____ day of _____, 2011, came to be heard the foregoing Unopposed Motion to Substitute of Defendant EDUCATION COMMISSION FOR FOREIGN MEDICAL GRADUATES (hereinafter "ECFMG"), Brent Biggs and Artis Ellis, and the Court, having considered the same, is of the opinion that said Motion should be GRANTED.

It is, therefore, ORDERED, ADJUDGED and DECREED that Steven D. Selbe and Heidi J. Gumienny, of Gordon & Rees LLP shall be substituted as Attorney-in-Charge of ECFMG, Brent Biggs and Artis Ellis, in place of A. John Harper, II, A. John Harper, III, an Erin E. O'Driscoll of Morgan, Lewis & Bockius LLP, and Steven D. Selbe and Heidi Gumienny of Gordon & Rees LLP, shall be added as an additional attorney of record.

SIGNED this _____ day of _____, 2011.

_____
UNITED STATES DISTRICT JUDGE

MGT/8011108/10017968v.1