IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF DIVISION
HOUSTON DIVISION

| | | |
|---|---|---|
| KAMECHAEL D. MCKEEVER,<br>Plaintiff, | § § § § | |
| vs. | § § | CIVIL ACTION NO. H-10-2507 |
| | § § | |
| EDUCATION COMMISSION FOR<br>FOREIGN MEDICAL GRADUATES,<br>et al.<br>Defendant. | § § § § | |

## ORDER GRANTING UNOPPOSED MOTION TO SUBSTITUTE LEAD COUNSEL

On this _____ day of _____, 2011, came to be heard the foregoing Unopposed Motion to Substitute of Defendant EDUCATION COMMISSION FOR FOREIGN MEDICAL GRADUATES (hereinafter "ECFMG"), Brent Biggs and Artis Ellis, and the Court, having considered the same, is of the opinion that said Motion should be GRANTED.

It is, therefore, ORDERED, ADJUDGED and DECREED that Steven D. Selbe and Heidi J. Gumienny, of Gordon & Rees LLP shall be substituted as Attorney-in-Charge of ECFMG, Brent Biggs and Artis Ellis, in place of A. John Harper, II, A. John Harper, III, an Erin E. O'Driscoll of Morgan, Lewis & Bockius LLP, and Steven D. Selbe and Heidi Gumienny of Gordon & Rees LLP, shall be added as an additional attorney of record.

SIGNED this 29th day of June, 2011.

_____
UNITED STATES DISTRICT JUDGE

MGT/8011108/10017968v.1