IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF DIVISION
HOUSTON DIVISION

| | | |
|---|---|---|
| KAMECHAEL D. MCKEEVER,<br>    Plaintiff, | §<br>§<br>§<br>§ | |
| vs. | §<br>§<br>§ | CIVIL ACTION NO. H-10-2507 |
| EDUCATION COMMISSION FOR<br>FOREIGN MEDICAL GRADUATES,<br>et al.<br>    Defendant. | §<br>§<br>§<br>§ | |

**ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO DESIGNATE SUBSTITUTE EXPERT WITNESS ON ATTORNEYS' FEES OUTSIDE OF THE COURT'S DEADLINE**

On this day, came to be heard the foregoing Motion for Leave to Designate Substitute Expert Witness on Attorneys' Fees Outside of the Court's Deadline ("Motion"), and the Court, having considered the same, is of the opinion that said Motion should be GRANTED.

SIGNED this _____ day of _____, 2011.

_____
UNITED STATES DISTRICT JUDGE

AIGDO/1071077/10124542v.1