**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF DIVISION**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **KAMECHAEL D. MCKEEVER,** | § | |
| **Plaintiff,** | § | |
| | § | |
| | § | |
| **vs.** | § | **CIVIL ACTION NO. H-10-2507** |
| | § | |
| | § | |
| **EDUCATION COMMISSION FOR** | § | |
| **FOREIGN MEDICAL GRADUATES,** | § | |
| **et al.** | § | |
| Defendant. | § | |

## JOINT MOTION TO DISMISS WITH PREJUDICE

KAMECHAEL D. MCKEEVER, Plaintiff ("Plaintiff"), and EDUCATIONAL COMMISSIONS FOR FOREIGN MEDICAL GRADUATES, ARTIS ELLIS and BRENT BIGGS ("Defendants"), jointly move the Court to dismiss with prejudice all of their respective claims and causes of action, and, in support thereof, would respectfully show unto the Court the following:

### I.

Plaintiff, KAMECHAEL D. MCKEEVER, no longer desires to prosecute her claims against Defendants. All matters previously in controversy have been amicably settled.

### II.

WHEREFORE, PREMISES CONSIDERED, Plaintiff, KAMECHAEL D. MCKEEVER, and Defendants pray that the Court sign and enter an Order dismissing, with prejudice, all of Plaintiff's causes of action against Defendants with prejudice, and that all Court costs be paid by the party incurring same.

Respectfully submitted,

**GORDON & REES LLP**

*/s/ Heidi J. Gumienny*
Heidi J. Gumienny
So. Dist. No.: 36890
SBN: 24036696
1900 West Loop South, Suite 1000
Houston, Texas 77027
(713) 961-3366 (Telephone)
(713) 961-3938 (Facsimile)

**ATTORNEYS FOR DEFENDANTS
EDUCATIONAL COMMISSION FOR
FOREIGN MEDICAL GRADUATES, ARTIS
ELLIS AND BRENT BIGGS**

By: _____
KAMECHEAL D. MCKEEVER, PLAINTIFF

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF DIVISION
HOUSTON DIVISION

| | | |
|---|---|---|
| KAMECHAEL D. MCKEEVER, | § | |
|     Plaintiff, | § | |
| | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. H-10-2507 |
| | § | |
| | § | |
| EDUCATION COMMISSION FOR | § | |
| FOREIGN MEDICAL GRADUATES, | § | |
| et al. | § | |
|     Defendant. | § | |

## ORDER OF DISMISSAL WITH PREJUDICE

On this day, came on to be heard, the Joint Motion to Dismiss With Prejudice filed by the parties. The Court, being fully advised that Plaintiff and Defendants no longer wish to prosecute their claims against one another, is of the opinion and finds that said Motion to Dismiss should be GRANTED.

IT IS THEREFORE, ORDERED, that all causes of action filed by Plaintiff KAMECHEAL D. MCKEEVER against EDUCATIONAL COMMISSIONS FOR FOREIGN MEDICAL GRADUATES, ARTIS ELLIS and BRENT BIGGS in this cause are hereby dismissed, with prejudice.

IT IS FURTHER ORDERED that all court costs incurred shall be paid by the party incurring same.

SIGNED on this the _____ day of _____, 2011.

_____
JUDGE PRESIDING

**AGREED AS TO FORM AND
ENTRY REQUESTED:**

**GORDON & REES LLP**

By: */s/   Heidi J. Gumienny*
    Heidi J. Gumienny
    So. Dist. No.: 36890
    SBN:  24036696
    1900 West Loop South, Suite 1000
    Houston, Texas 77027
    (713) 961-3366 (Telephone)
    (713) 961-3938 (Facsimile)

**ATTORNEYS FOR DEFENDANTS
EDUCATIONAL COMMISSION FOR
FOREIGN MEDICAL GRADUATES, ARTIS
ELLIS AND BRENT BIGGS**

By: _____
    KAMECHEAL D. MCKEEVER, PLAINTIFF