## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF DIVISION
## HOUSTON DIVISION

| | | |
|---|---|---|
| KAMECHAEL D. MCKEEVER,<br>Plaintiff, | § § § § | |
| vs. | § § § | CIVIL ACTION NO. H-10-2507 |
| EDUCATION COMMISSION FOR<br>FOREIGN MEDICAL GRADUATES,<br>et al.<br>Defendant. | § § § § | |

### ORDER OF DISMISSAL WITH PREJUDICE

On this day, came on to be heard, the Joint Motion to Dismiss With Prejudice filed by the parties. The Court, being fully advised that Plaintiff and Defendants no longer wish to prosecute their claims against one another, is of the opinion and finds that said Motion to Dismiss should be GRANTED.

IT IS THEREFORE, ORDERED, that all causes of action filed by Plaintiff KAMECHEAL D. MCKEEVER against EDUCATIONAL COMMISSIONS FOR FOREIGN MEDICAL GRADUATES, ARTIS ELLIS and BRENT BIGGS in this cause are hereby dismissed, with prejudice.

IT IS FURTHER ORDERED that all court costs incurred shall be paid by the party incurring same.

SIGNED on this the _____ day of Nov, _____, 2011.

_____
JUDGE PRESIDING